UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MYRON MASHONE LEWIS,

        Plaintiff,

v.                                               Case No. 16-cv-378-pp

GREGORY D. HOPPE,

        Defendant.

**ORDER DISCHARGING ORDER TO SHOW CAUSE (DKT. NO. 17), GRANTING PLAINTIFF'S MOTION TO LIFT STAY (DKT. NO. 18), LIFTING STAY AND ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT BY JULY 19, 2019**

      The plaintiff filed a civil rights complaint on March 28, 2016. Dkt. No. 1. At the time he filed the federal complaint, the state-court criminal case that gave rise to his federal claims was still proceeding, so this court stayed the civil rights case to allow the plaintiff to conclude his criminal case and exhaust his remedies in state court. Dkt. No. 7.

      On May 15, 2019, the court issued an order to show cause, requiring the plaintiff to show cause why he had not asked the court to lift the stay (given that it appeared from the state-court docket that the plaintiff's criminal case concluded some time ago). Dkt. No. 17. The court received the plaintiff's response and motion to lift the stay on May 31, 2019. Dkt. No. 18. He agrees that his state case has concluded, and asks the court to allow him to proceed with his federal case. Id.

1

A good deal has happened since the plaintiff filed his complaint over two years ago. The court suspects that the plaintiff may need to amend his complaint to state additional claims or to name new defendants. The court will give the plaintiff a chance to do this. If the plaintiff wants to amend his complaint, he must use this court's form complaint (the court is enclosing a copy). He must write the word "AMENDED" at the top of the first page, next to the word "complaint." He must write the case number—16-cv-378—in the space provided. He must list every defendant he wants to sue in the caption of the case. He must describe every claim he wants to bring in the space provided for that purpose. He cannot refer the court back to the claims in the original complaint; the amended complaint must be complete in and of itself. If the plaintiff files the amended complaint by the deadline the court provides below, the court will screen that complaint, to decide if he has stated any claims for which a federal court can grant relief. If the court does not receive an amended complaint by the date stated below, the court will screen the plaintiff's original complaint filed in March 2016.

The court **ORDERS** that the plaintiff has complied with the May 15, 2019 order to show cause, and **DISCHARGES** that order. Dkt. No. 17.

The court **GRANTS** the plaintiff's motion to lift the stay, dkt. no 18, and **ORDERS** that the stay of this federal civil rights case, dkt. no. 7, is **LIFTED** and that the case may proceed.

The court **ORDERS** that if the plaintiff wishes to file an amended complaint, he must file it in time for the court to *receive* it by the end of the day on **July 19, 2019**. If the court does not receive an amended complaint by the end of the day on July 19, 2019, the court will screen the original 2016 complaint.

Dated in Milwaukee, Wisconsin this 17th day of June, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**